[No. 66021-7-I. Division One. May 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. K.K., *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 20, 2011. Substitute opinion filed. See 162 Wn. App. 1024.

[No. 64266-9-I. Division One. May 23, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRASHID M. ALI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-14477-8, Mary E. Roberts, J., entered September 28, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.

[No. 64739-3-I. Division One. May 23, 2011.]

*In the Matter of the Marriage of* CORRIE WEBER, *Respondent*, and BLAINE J. WEBER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-00384-7, Jeffrey M. Ramsdell, J., entered December 14, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Becker, JJ.